NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

VIRGIL EUGENE DEBOSE,                    )
DOC #745270,                             )
                                         )
            Appellant,                   )
                                         )
v.                                       )         Case No. 2D17-4056
                                         )
STATE OF FLORIDA,                        )
                                         )
            Appellee.                    )
_____      )

Opinion filed September 12, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b) (2) from the Circuit Court for
Pinellas County; Pat Siracusa, Judge.

PER CURIAM.

            Affirmed.

SILBERMAN, CRENSHAW, and LUCAS, JJ., Concur.